STATE OF CONNECTICUT *v.* JAY A. DOSCHER

HOUSE, C. J., COTTER, LOISELLE, BOGDANSKI, LONGO and BARBER, Js.

Submitted March 18—decision released March 29, 1977

*Guy W. Wolf III,* assistant prosecuting attorney, in support of the petition.

*Frank Cochran,* in opposition.

PER CURIAM.   The petition for certification is denied, it not appearing that "there are special and important reasons" to grant certification. Practice Book § 742. We repeat what we said in *State* v. *Chisholm,* 155 Conn. 706, 707, 236 A.2d 465: "[A] denial of certification does not necessarily indicate our approval either of the result reached by the Appellate Division or of the opinion rendered by it."